Schuyler B. Kraus [SK8105]
Hinshaw & Culbertson LLP
*Attorneys for Defendant*
*GMAC Mortgage, LLC*
780 Third Avenue, 4th Floor
New York, New York 10017
(212) 471-6200 (Phone)
(212) 935-1166 (Fax)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
============================================X

ILYA SIMANTOBOV,

                Plaintiff,

                              08 CV 4985 (RPP)

    -against-                      **RULE 7.1 STATEMENT**
                                      **OF DEFENDANT GMAC**
                                      **MORTGAGE, LLC**

BRUCHA MORTGAGE BANKERS CORPORATION and
GMAC MORTGAGE, LLC, as successors in interest or
Assigns of Federal Home Loan Mortgage and First Federal
Savings and Loan,
                Defendants.
============================================X

        Defendant GMAC Mortgage, LLC, by and through its attorneys, Hinshaw & Culbertson LLP, makes the following disclosure pursuant to Rule 7.1: General Motors Corporation is a publicly traded corporation that indirectly owns 10% or more of GMAC Mortgage, LLC stock through ownership of stock in one or more subsidiary companies.

Dated: New York, New York
         June 6, 2008

                                                Respectfully submitted,

                                                HINSHAW & CULBERTSON LLP

                                                By: _____
                                                   Schuyler B. Kraus (SK 8105)
                                                780 Third Avenue
                                                New York, New York 10017
                                                212-471-6200

31028463v1 838180