UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
=====================================X   Case No. 08cv4985 (RPP)
ILYA SIMANTOBOV,

                Plaintiff,              **CERTIFICATE OF SERVICE**

    - against -

BRUCHA MORTGAGE BANKERS CORPORATION
and GMAC MORTGAGE, LLC, as successors in interest
or assigns of Federal Home Loan Mortgage and First
Federal Savings and Loan,

                Defendants.
=====================================X

     The undersigned certifies that on June 6, 2008, the foregoing ANSWER AND AFFIRMATIVE DEFENSES and RULE 7.1 STATEMENT OF DEFENDANT GMAC MORTGAGE, LLC was filed electronically with the Clerk of Court and served by Regular U.S. Mail upon the following named counsel of record:

    Anna Pechersky, Esq.
    LAW OFFICES OF NATHAN PINKHASOV, PLLC
    95-20 63rd Road, Suite B
    Rego Park, New York 11374

    Brucha Mortgage Bankers Corp.
    5809 16th Avenue
    Brooklyn, New York 11204

                                               _____
                                                   SUZY KIM