

**HINSHAW**

& CULBERTSON LLP



June 27, 2008

**ATTORNEYS AT LAW**

780 Third Avenue
4th Floor
New York, NY 10017-2024

**VIA FACSIMILE BY PERMISSION**

Hon. Robert P. Patterson, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1340
New York, New York 10007

212-471-6200
212-935-1166 (fax)
www.hinshawlaw.com

## MEMO ENDORSED

Re:  Simantobov v. Brucha Mortgage Bankers, et al.
     Docket No. 08-CV-4985

Dear Judge Patterson:

We represent defendant GMAC Mortgage, LLC ("GMAC") in the above-referenced action. We are in receipt of plaintiff's counsel's letter to your Honor requesting remand of the above referenced matter. GMAC continues to maintain that this Court properly has subject matter jurisdiction over the claims asserted in plaintiff's complaint.

Based on a conversation between myself and Mr. Zirbes this morning and depending on conversations we intend to have with our respective clients, the parties' positions as to remand may change. Mr. Zirbes and I have agreed to speak with each other again by next Tuesday. Accordingly, before burdening the Court with a proposed briefing schedule concerning plaintiff's application, the parties jointly request that the Court wait to consider Mr. Zirbes's letter until next Friday. Should the Court decide not to hold Mr. Zirbes' request in abeyance, GMAC requests that the Court issue a motion schedule and allow the parties to brief the issues.

Thank you for your time and consideration of this matter.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

Schuyler B. Kraus (SK-8105)

*Application granted.*
*The Court will hold*
*mr. Zirbes' request*
*in abeyance to*
*July 3, 2008.*
*So ordered*
*Robert P. Patterson, Jr.*
*U.S.D.J.*
*6/27/08*

cc: Peter Zirbes, Esq. (via facsimile)

Memo endorsement reads:

Application granted.
The Court will hold Mr. Zirbes's
Request in abeyance to July 3, 2008.
So ordered.
Robert P. Patterson, Jr.
6/27/08    U.S. D.J

Arizona  California  Florida  Illinois  Indiana  Massachusetts  Minnesota  Missouri  New York  Oregon  Rhode Island  Wisconsin

31028771v1 889624