06/27/2008  12:34   2129351166   HINSHAW & CULBERTSON   PAGE 02/02

# HINSHAW
& CULBERTSON LLP

RECEIVED JUN 27 2008 CHAMBERS OF JUDGE ROBERT P. PATTERSON

June 27, 2008



ATTORNEYS AT LAW
780 Third Avenue
4th Floor
New York, NY 10017-2024

212-471-6200
212-935-1166 (fax)
www.hinshawlaw.com

<u>VIA FACSIMILE BY PERMISSION</u>

Hon. Robert P. Patterson, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1340
New York, New York 10007

**MEMO ENDORSED**

Re:  Simantobov v. Brucha Mortgage Bankers, et al.
     Docket No. 08-CV-4985

Dear Judge Patterson:

We represent defendant GMAC Mortgage, LLC ("GMAC") in the above-referenced action. We are in receipt of plaintiff's counsel's letter to your Honor requesting remand of the above referenced matter. GMAC continues to maintain that this Court properly has subject matter jurisdiction over the claims asserted in plaintiff's complaint.

Based on a conversation between myself and Mr. Zirbes this morning and depending on conversations we intend to have with our respective clients, the parties' positions as to remand may change. Mr. Zirbes and I have agreed to speak with each other again by next Tuesday. Accordingly, before burdening the Court with a proposed briefing schedule concerning plaintiff's application, the parties jointly request that the Court wait to consider Mr. Zirbes's letter until next Friday. Should the Court decide not to hold Mr. Zirbes' request in abeyance, GMAC requests that the Court issue a motion schedule and allow the parties to brief the issues.

Thank you for your time and consideration of this matter.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

Schuyler B. Kraus (SK-8105)

*SEE TYPEWRITTEN MEMO ENDORSEMENT ATTACHED*

[Handwritten order, left side:]
Order
The Court, not having heard from the parties orders defendants to respond to Mr. Zirbes letter of June 26, 2008 by 7/30/08.
So ordered.
Robert P. Patterson USDJ
7/3/08

cc: Peter Zirbes, Esq. (via facsimile)

Memo endorsement reads:
Application granted. The Court will hold Mr. Zirbes's request in abeyance to July 3, 2008.
So ordered.
Robert P. Patterson USDJ
6/27/08

[Handwritten endorsement, right side:]
Application granted. The court will hold Mr. Zirbes' request in abeyance to July 3, 2008.
So ordered.
Robert P. Patterson
6/27/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/08

Arizona  California  Florida  Illinois  Indiana  Massachusetts  Minnesota  Missouri  New York  Oregon  Rhode Island  Wisconsin

31028771v1 889624

Case:     Simantobov v. Brucha Mortgage Bankers, et al.
Index No.  08 Civ. 4985 (RPP)

**MEMO ENDORSEMENT READS:**

*Order*

*The Court, not having heard from the parties, orders defendants to respond to Mr. Zirbes' letter of June 26, 2008 by 7/10/08.*

*So ordered.*

*Robert P. Patterson, Jr., U.S.D.J., 7/3/08*