# HINSHAW
& CULBERTSON LLP



July 8, 2008

**ATTORNEYS AT LAW**

780 Third Avenue
4th Floor
New York, NY 10017-2024

212-471-6200
212-935-1166 (fax)
www.hinshawlaw.com

<u>VIA FACSIMILE</u>

Hon. Robert P. Patterson, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1340
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/08
```

Re:    <u>Simantobov v. Brucha Mortgage Bankers, et al.</u>
       Docket No. 08-CV-4985

**MEMO ENDORSED**

Dear Judge Patterson:

As Your Honor is aware, defendant GMAC Mortgage, LLC ("GMAC") wrote an initial response opposing plaintiff's June 26, 2008 letter request that the above referenced matter be remanded. Thereafter, Your Honor ordered GMAC to fully respond to plaintiff's request by July 10, 2008. However, given plaintiff's counsel's July 7, 2008 letter to Your Honor, wherein he states that "Mr. Simantobov does want to keep this matter in Federal Court," a response by GMAC no longer appears necessary.

Thank you for your time and consideration of this matter.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

Schuyler B. Kraus (SK-8105)

cc: Peter Zirbes, Esq. (via facsimile)

**SEE TYPEWRITTEN MEMO ENDORSEMENT ATTACHED**

[Handwritten endorsement:] Application denied. Defendant is ordered to show this Court by July 10, 2008 why jurisdiction is proper in this Court. If defendant fails to do so, the case will be remanded to the state court. So ordered. 7/8/08 [signed] Robert P. Patterson

31028846v1 889624

Arizona  California  Florida  Illinois  Indiana  Massachusetts  Minnesota  Missouri  New York  Oregon  Rhode Island  Wisconsin

Case:      Simantobov v. Brucha Mortgage Bankers, et al.
Index No.  08 Civ. 4985 (RPP)

## MEMO ENDORSEMENT READS:

*Application denied.*

*Defendant is ordered to show this Court by July 10, 2008 why jurisdiction is proper in this Court. If defendant fails to do so, the case will be remanded to the state court.*

*So ordered.*

*Robert P. Patterson, Jr., U.S.D.J., 7/8/08*