## **CERTIFICATE OF SERVICE**

The undersigned certifies that on July 10, 2008, the foregoing Memorandum In Support Of Exercise Of Subject Matter Jurisdiction, and Declaration of Maranda E. Fritz (with accompanying exhibits) was filed electronically with the Clerk of Court to be served by overnight mail upon the following party:

Peter M. Zirbes & Associates
108-18 Queens Blvd., Suite 604
Forest Hills, New York 11375
(718) 268-8800

Ilya Simantobov
6297 Austin Street
Rego Park, New York 11374

_____
Suzy Kim