**Peter M. Zirbes, Esq. & Associates PC**
Attorney at Law
108-18 Queens Blvd., Suite 604
Forest Hills, NY 11375
Phone (718) 268-8800
Fax (718) 268-4502

**MEMO ENDORSED**

RECEIVED JUL 14 2008 CHAMBERS OF JUDGE ROBERT P. PATTERSON

Via Facsimile Transmission (212) 805-7917

July 7, 2008

Hon. Robert P. Patterson
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
Room, 2550
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/08

Re: Simantobov v. Brucha Mortgage Bankers, et al.
Docket No. 08 CV 4985

Dear Hon. Judge Patterson:

Please be advised that I have a summary jury trial that must be held tomorrow in Queens County Supreme Court, in the matter of Moaz v. Verma, Index No. 24436/06, to be held before the Hon. Justice Martin Ritholtz, that was scheduled prior to the scheduling of tomorrow's status conference by this Court. I have spoke to Mr. Krause, Esq., counsel for Defendant GMAC, and he would consent to re-scheduling tomorrow's status conference. Therefore, I am respectfully requesting an adjournment of tomorrow's status conference to either Thursday or Friday of this week (again based upon Mr. Krause's consent).

Please note that this letter was not sent until now because I did not anticipate that this Court would require me to appear on a status conference in a matter where I have been discharged by my client (copy of Stipulation of Discharge was sent previously).

Yours truly,

Peter M. Zirbes, Esq. (PZ-4413)

Cc: Hinshaw & Culbertson, LLC
Attn: Schuyler B. Kraus
Via Fax (212) 935-1166

*Application granted. Conference adjourned to 7/17/08 at 9:30 AM. Mr. Simantobov to be present also. So ordered.*

Robert P. Patterson, USDJ
7/14/08