UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Aimantabor
           Plaintiff(s)

-against-

Bincha Martgage Bankers
           Defendant(s)

08 CV 4985 (RPP)
**SCHEDULING ORDER**

PATTERSON, D.J.

1. This action is referred to Magistrate Judge _____ for _____ after a case management conference.

2. This action is referred for mediation: ____ Yes ____ No.

3. Amend the pleadings by _____.

4. Medical Authorizations by _____.

5. Rule 26 compliance by _____.

6. Experts' reports to be served by _____.

7. Experts' depositions to be completed by _____.

8. All discovery to be completed by _____.

9. Dispositive motions by _____, Answer by _____, Reply by _____.

10. Pretrial order to be filed by _____.

11. Settlement conference with parties & counsel to be held on _____ at _____.

12. Pretrial conference is scheduled for 7/21/08 at 9:30 AM.

13. Trial date is scheduled for _____ at _____.

Dated: New York, New York
July 17 2008

SO ORDERED

_____
ROBERT P. PATTERSON, JR.
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/08