```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/08
```

UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK
———————————————————————X

ILYA SIMANTOBOV,

                Plaintiff,

    - against -

BRUCHA MORTGAGE BANKERS CORPORATION
and GMAC MORTGAGE, LLC, as successors in interest
or assigns of Federal Home Loan Mortgage and First
Federal Savings and Loan,

                Defendants.
———————————————————————X

Case No. 08-CV-4985 (RPP)

**ORDER OF DISMISSAL
WITHOUT PREJUDICE**

    **IT IS ORDERED** that the above captioned matter, docket number 08-4985, is hereby dismissed and closed, without prejudice, [for the reasons stated on the record on July 21, 2008] RPP each party to bear their own costs.

Dated: White Plains, New York
       July 22, 2008

                                SO ORDERED:

                                _____
                                Robert P. Patterson, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────X

ILYA SIMANTOBOV,

                Plaintiff,

  - against -

BRUCHA MORTGAGE BANKERS CORPORATION
and GMAC MORTGAGE, LLC, as successors in interest
or assigns of Federal Home Loan Mortgage and First
Federal Savings and Loan,

                Defendants.
───────────────────────────────X

Case No. 08cv4985 (RPP)

**CERTIFICATE OF SERVICE**

    The undersigned certifies that on July 21, 2008, the foregoing proposed ORDER OF DISMISSAL WITHOUT PREJUDICE was served by Overnight Mail upon the following:

Peter M. Zirbes, Esq.
10818 Queens Blvd., Suite 604
Forest Hills, New York 11375

Ilya Simantobov
6297 Austin Street
Rego Park, New York 11374

_____
SUZY KIM

31028335v1 838180